IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| ROBERTO ESTRADA MONTEZ § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. DR-15-CV-027-AM-VRG |
| GL TRUCKING, LLC AND TERRY § | |
| ANDREW DERRICK § | |

## STIPLULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes ROBERT ESTRADA MONTEZ, Plaintiff in the above-styled and numbered cause, and hereby files this Stipulation of Dismissal with prejudice according to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Accordingly, the parties agree that this case should be dismissed with prejudice as to the refiling of the same regarding any and all claims asserted or claims that may be asserted by Plaintiff in the above-styled and numbered cause against Defendants GL TRUCKING, LLC and TERRY ANDREW DERRICK.

Respectfully submitted:

**THE COWEN LAW GROUP**
62 E. Price Road
Brownsville, Texas
(956) 541-4981 (Telephone)
(956) 504-3674 (Facsimile)

By: *[signature]*

**Michael R. Cowen**
michael@cowenlaw.com
State Bar No. 00795306
**Malorie Peacock**
malorie@cowenlaw.com
State Bar No. 24077293

*Attorneys for Plaintiff*

**AGREED:**

*/s/ Jason Wilkes*
_____

Jeffrey G. House
Jason Wilkes
CURNEY, FARMER, HOUSE,
OSUNA & JACKSON, P.C.
411 Heimer Rd.
San Antonio, Texas 78232
Telephone: (210) 377-1990
Facsimile: (210) 377-1065
jhouse@cfholaw.com
jwilkes@cfholaw.com
*Attorneys for GL Trucking, LLC*
*& Andrew Derrick*

**CERTIFICATE OF SERVICE**

I do hereby certify that the foregoing pleading has been forwarded in accordance with the Texas Rules of Civil Procedure to all parties of record as set out below on this the 29th day of November, 2017.

Jeffrey G. House
Jason Wilkes
**CURNEY, FARMER, HOUSE,**
**OSUNA & JACKSON, P.C.**
411 Heimer Rd.
San Antonio, Texas 78232
Telephone: (210) 377-1990
Facsimile: (210) 377-1065
jhouse@cfholaw.com
jwilkes@cfholaw.com
*Attorneys for Defendants*

By: _____
Malorie Peacock