FILED

DEC 0 5 2017

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____
                              DEPUTY

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION**

| | |
|---|---|
| ROBERTO ESTRADA MONTEZ, §<br>   Plaintiff, §<br> §<br>v. §<br> §<br>GL TRUCKING, LLC and TERRY §<br>ANDREW DERRICK, §<br>   Defendants. § | Civil Action No.<br>DR-15-CV-027-AM/VRG |

**ORDER OF DISMISSAL WITH PREJUDICE**

On November 29, 2017, the parties filed a joint stipulation of dismissal with prejudice that complies with the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS THEREFORE ORDERED** that the Plaintiff's claims asserted in this suit against the Defendants are **DISMISSED WITH PREJUDICE** as set forth in the stipulation. Each party shall bear its own costs and fees. **IT IS FURTHER ORDERED** that all motions pending in the instant action (ECF Nos. 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, and 103) be **DENIED** as moot and that a clerk's judgment shall immediately issue.

SIGNED this 5th day of December, 2017.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE