AO 450 (Rev. 5/99) Judgment in a Civil Case

# United States District Court
## Western District of Texas


FILED
DEC 0 6 2017
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY

ROBERTO ESTRADA MONTEZ,
Plaintiff,

v.

GL TRUCKING, LLC and TERRY ANDREW DERRICK,
Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   DR-15-CV-027-AM/VRG

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

IT IS THEREFORE ORDERED that the Plaintiff's claims asserted in this suit against the Defendants are DISMISSED WITH PREJUDICE as set forth in the stipulation. Each party shall bear its own costs and fees. IT IS FURTHER ORDERED that all motions pending in the instant action (ECF Nos. 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, and 103) be DENIED as moot and that a clerk's judgment shall immediately issue.

Signed by Judge Moses

| December 06, 2017 | Jeannette J. Clack |
|---|---|
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |